UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

Docket No.  12-20607-03

v.

GARY L. WILSON
_____/

**ORDER TERMINATING APPOINTMENT OF COUNSEL**
**or**
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

WHEREAS Stevens J. Jacobs was appointed as counsel for the above Defendant on October 10, 2012; and

WHEREAS, the Court finds that funds are available from or on behalf of the above named Defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

**IT IS THEREFORE**:

Check ☐    ORDERED that the appointment of said counsel is hereby terminated.
one or
both  X    **AUTHORIZED/DIRECTED** that such funds in the amount of $ be paid by said Defendant or by
            as follows:

Defendant shall repay one half of the attorney fee billed in this matter.  Towards that end, Defendant shall pay $150.00 per month until further order of the Court.  In the event Defendant pleads guilty or is found guilty, repayment of the attorney fee shall be a condition of any term of probation or supervised release imposed by the Court.  Check or money order shall be made payable to the Clerk of the Court, and mailed to U.S. District Court, P.O. Box 913, Bay City, MI, 48707.

s/ *Charles E Binder*
CHARLES E. BINDER
Dated: October 11, 2012                United States Magistrate Judge

**CERTIFICATION**

I certify that this Order was electronically filed this date, electronically served on Janet Parker and Steve Jacobs, and served by other electronic means on Pretrial Services and the Financial Unit in Detroit.

Dated:  October 11, 2012                s/*Jean L. Broucek*
                                         Case Manager to Magistrate Judge Binder