

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.

GARY L. WILSON

_____/

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 12-20607-03

    **IT IS ORDERED** that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate federal, state or local law while on release.

(2) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of address or telephone number.

(3) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant shall next appear at: **TO BE NOTIFIED.**

(4) The defendant must sign an appearance bond, if ordered.

## Additional Conditions of Release

**IT IS FURTHER ORDERED** that the defendant's release is subject to the conditions marked below:

- report as directed to Pretrial Services.

- Defendant must surrender his Concealed Weapons License to Pretrial Services immediately, and is prohibited from possessing any firearms while on this bond.

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years, and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine or both to obstruct a criminal investigation, tamper with a witness, victim, juror, or informant, or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidate are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
- (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you will be fined not more than $250,000 or imprisoned for not more than ten years, or both;
- (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
- (3) any other felony, you will be fined not more than $250,000 or imprisoned not more than two years, or both;
- (4) a misdemeanor, you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to service any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

*Address and Phone Number are on file with Pretrial Services.*

**Directions to United States Marshal**

The defendant is ORDERED released after processing.

Date: October 10, 2012

_____
CHARLES E. BINDER
United States Magistrate Judge