AO 98 (Rev. 12/11) Appearance Bond

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v

GARY L. WILSON

_____/

CASE NO: 12-20607-03

**APPEARANCE BOND**

### DEFENDANT'S AGREEMENT

I, GARY L. WILSON, agree to follow every order of this Court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

1. to appear for court proceedings;
2. if convicted, to surrender to serve a sentence that the Court may impose; or
3. to comply with all conditions set forth in the Order Setting Conditions of Release.

### TYPE OF BOND

This is an unsecured bond of $100,000.00.

### FORFEITURE OR RELEASE OF THE BOND

*Forfeiture of the bond.* This appearance bond may be forfeited if the Defendant does not comply with the above agreement. The Court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the Defendant does not comply with the agreement. At the request of the United States, the Court may order a judgment of forfeiture against the Defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The Court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the Defendant is found not guilty on all charges, or (2) the Defendant reports to serve a sentence.

## DECLARATIONS

*Acceptance.* I, the Defendant, have read this appearance bond and have either read all the conditions of release set by the Court, or had them explained to me. I agree to this appearance bond.

Date: October 10, 2012

_____
Defendant (address on file with Pretrial Services)

DAVID J. WEAVER, Clerk of Court
by:

_____
Jean L. Broucek, Deputy Clerk

Date: October 10, 2012

APPROVED: _____
Charles E. Binder, United States Magistrate Judge