UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 12-20607
                                                Honorable Thomas L. Ludington

v.

D-3 GARY L. WILSON and
D-4 SUE A. WILSON,

      Defendants.
                                      /

**ORDER GRANTING MOTIONS REGARDING OBJECTIONS**

On August 2, 2013, Sue and Gary Wilson, through their respective counsel, filed motions related to a Presentence Report prepared by the United States Probation Department. The motions indicate that the Presentence Report was submitted to defense counsel, and that the report provided 14 days in which to file any objections. Both Sue Wilson's and Gary Wilson's attorneys submitted timely objections—which the attorneys signed—but neither Sue nor Gary signed the objections themselves. As a result, the objections were returned, and counsel was instructed to obtain leave of the Court before resubmitting them.

Exceptional circumstances exist because of the geographic location of the Wilsons' residence, which made obtaining their signatures difficult. Because Sue and Gary represent that their objections were timely, and because the government "has no objection to the Probation Department addressing the appropriateness of the objections[,]" Def. G. Wilson's Mot. 3, ECF No. 61, the Wilsons' motions will be granted. The Probation Department will receive the Wilsons' objections and conduct any investigation and make any revisions that are warranted.

- 2 -

Accordingly, it is **ORDERED** that Gary Wilson's motion regarding objections, ECF No. 61, is **GRANTED**.

It is further **ORDERED** that Sue Wilson's motion for leave to file objections, ECF No. 60, is **GRANTED**.

It is further **ORDERED** that the Wilsons are **DIRECTED** to resubmit any objections to the Presentence Report directly to the Probation Department no later than **August 16, 2013**.

Dated: August 13, 2013　　　　　　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 13, 2013.
　　　　　　　　　　　s/Tracy A. Jacobs
　　　　　　　　　　　TRACY A. JACOBS

1:12-cr-20607-TLL-CEB   Doc # 63   Filed 08/13/13   Pg 2 of 2   Pg ID 232