UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARY L. WILSON,
SUE A. WILSON,

        Defendants.
_____/

CASE NUMBER: 12-20607-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR RESCHEDULED SENTENCE HEARING

You are hereby notified to appear in the above captioned matter for the rescheduled Sentence Hearing, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
| --- | --- | --- |
| **SEPTEMBER 26, 2013** | **2:00 PM** | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

**This hearing is rescheduled from September 12, 2013 at 2:30 p.m.**

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

        THOMAS L. LUDINGTON
        UNITED STATES DISTRICT JUDGE

        By  s/Tracy Jacobs
Date: August 14, 2013        Deputy Clerk