UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT J. POCHMARA,
MAXINE POCHMARA,
GARY WILSON,
SUE WILSON,

        Defendants.
_____/

CASE NUMBER: 12-20607-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR EVIDENTIARY HEARING AND SENTENCE HEARING

You are hereby notified to appear in the above captioned matter for the Evidentiary Hearing and Sentence Hearing, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **DECEMBER 9, 2013** | 9:30 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

        THOMAS L. LUDINGTON
        UNITED STATES DISTRICT JUDGE

        By  s/Tracy Jacobs
Date: October 11, 2013          Deputy Clerk