UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-3, GARY L. WILSON,

    Defendant.
_____/

Case No.: 12-20607
HON. THOMAS L. LUDINGTON

## GARY L. WILSON'S SENTENCING EXHIBIT LIST

**NOW COMES** the above named Defendant, GARY L. WILSON, by and through his Attorney, STEVENS J. JACOBS, and submit the following exhibits which are attached hereto:

1. Michigan Department of Labor - 8/31/2004

2. Awakon Credit Union statement - 4/1/2013

3. Purchase Agreement - 4/5/2013

4a. Lincoln Financial Group Account Statement regarding Gary Wilson

4b. 2010 IRA Contribution regarding Gary Wilson

4c. Lincoln Financial Group IRA regarding Sue Wilson

4d. 2010 IRA Contribution info regarding Sue Wilson

4e. IRA Disbursement regarding Sue Wilson and Gary Wilson, Edward Jones IRA statements.

5. Calcite Credit Union Statement regarding Kaleb Wilson

6. Calcite Credit Union Statement regarding Kyla Wilson

7. Calcite Credit Union Statement regarding Lylah Evans

8. 2054 White Birch - Lot - SEV

9. Millersberg Cabin - Lot 80 - SEV and Lot 79 SEV

10. Lincoln Financial Group - IRA - Gary Wilson

11. Life Insurance Letter

12. Real Estate Listing of Comparable Cabin

13. Checks regarding Chemical Bank Accounts ending #2705, 8403

14. Lincoln Financial 2010 (regarding 4e) and checks distributed

15. Copies of checks and attorney statements (6/30/11, $20,000.00)

16. Sue Wilson's 2012 Form 1120s

17. Mobile Home Sale 11/10/2006

18. Nathyn Wilson 2012 Chrysler

19. Application for lost title

20. 2002 Dodge title

21. 2009 Education Credits Tax Form

22. Keri Sue Evans Snowmobile Registration

23. 2010 Four Wheeler title

24. Boat Picture

25. Boat Trailer Picture

26. 2012 Chevy Malibu Voluntary Surrender paperwork

Trial Exhibit 24 C

Respectfully Submitted,

*/s/ Stevens J. Jacobs*
STEVENS J. JACOBS (P35020)
JACOBS LAW OFFICE
45 N. Tuscola Road
Bay City, Michigan 48708
(989) 892-8611
Email: jacobslawoffice@sbcglobal.net

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No.: 12-20607
HON. THOMAS L. LUDINGTON

v.

D-3, GARY L. WILSON,
    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I, JENNIFER A. STREETER, of the city of Bay City, County of Bay, State of Michigan, being first duly sworn, deposes and says that on the 26 of November, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

JENNIFER A. STREETER
JACOBS LAW OFFICE
45 N. Tuscola Road
Bay City, Michigan 48708
(989) 892-8611
Email: jacobslawoffice@sbcglobal.net