# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No.: 12-20607
HON. THOMAS L. LUDINGTON

v.

D-3, GARY L. WILSON,
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that GARY L. WILSON appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment entered in this action on January 27, 2014.

Dated: February 3rd, 2014

s/STEVENS J. JACOBS_____
STEVENS J. JACOBS  (P35020)
Attorney for Gary L. Wilson
45 N. Tuscola Road
Bay City, Michigan 48708
(989) 892-8611
Email: jacobslawoffice@sbcglobal.net

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

Case No.: 12-20607
HON. THOMAS L. LUDINGTON

v.

D-3, GARY L. WILSON,
    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I, JENNIFER A. STREETER, of the city of Bay City, County of Bay, State of Michigan, being first duly sworn, deposes and says that on the 3rd of February, 2014, I electronically filed the Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to all parties and attorneys of record.

    **s/ JENNIFER A. STREETER**
    JENNIFER A. STREETER
    Legal Secretary
    JACOBS LAW OFFICE
    45 N. Tuscola Road
    Bay City, Michigan 48708
    (989) 892-8611
    Email: jacobslawoffice@sbcglobal.net