UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                           Case No. 12-20607
                                                 Honorable Thomas L. Ludington

v.

GARY L. WILSON – D3
SUE A. WILSON – D4

       Defendants.
_____/

**ORDER STRIKING ATTORNEY SUBSTITUTION NOTICES**

On February 5, 2014, Michael B. Skinner filed a notice of appearance in Sue Wilson's case, indicating that he was "substituting" for her current counsel, James Piazza. *See* Sub. Notice, ECF No. 109. On February 7, 2014, Mr. Skinner filed an identical form in Gary Wilson's case, indicating that he was "substituting" for Mr. Wilson's current counsel, Stevens Jacobs. *See* Sub. Notice, ECF No. 111. Notably, these notices do not bear the signatures of either Mr. Piazza or Mr. Jacobs.

Under the Eastern District of Michigan's Local Criminal Rules, an attorney "who enters a post-indictment appearance shall continue to represent the defendant until the case is dismissed, the defendant is acquitted, or the direct appeal is completed unless the attorney is granted leave to withdraw by the District Court *or the Court of Appeals if notice of appeal has been filed*." E.D. Mich. LCrR 57.1(a) (emphasis added). Both Mr. and Mrs. Wilson have filed a notice of appeal, and this Court did not previously issue an order substituting attorneys, so Mr. Skinner can only be substituted as their attorney of record by the Sixth Circuit. Mr. Skinner's stipulations will be stricken.

Accordingly, it is **ORDERED** that Mr. Skinner's notice of appearance and substitution, ECF Nos. 109 and 111, are **STRICKEN**.

Dated: February 14, 2014                    s/Thomas L. Ludington  
                                                       THOMAS L. LUDINGTON  
                                                       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 14, 2014.

                               s/Tracy A. Jacobs  
                               TRACY A. JACOBS